Katherine A. Klimkowski (SBN 263099)
kaklimkowski@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: 949.851.3939
Facsimile:  949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA PANIBRATETS,<br><br>    Plaintiff,<br><br>    v.<br><br>GREEN TREE SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS INC.; DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-02410-JAM-KJN<br><br>Assigned to:<br>Hon. John A. Mendez<br><br>**ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>COMPLAINT FILED:<br>SEPTEMBER 20, 2012 |

   PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Anna Panibratets and Experian shall each bear her or its own costs and attorneys' fees.

   IT IS SO ORDERED.


Dated:  11/14/2013                    /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE